August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VINCENT JOHN ZAHORIK, Appellant

NO. 14-13-00763-CR                                         V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. We therefore order that the judgment be **REVERSED**, the indictment be **DISMISSED,** the appellant be **ACQUITTED**, and this decision be certified below for observance.